# United States District Court

## SOUTHERN DISTRICT OF GEORGIA
### BRUNSWICK DIVISION

## CHANGE OF PLEA/ENTRY OF PLEA MINUTES

Case No. **CR219-53**

United States of America

vs.

**Reginaldo Da Silva**
**10:46 - 11:25**

_____
Defendant/Age

**Joseph McCool**
_____
U. S. Attorney

**Adrienne Browning**
_____
Attorney for Defendant

- [x] Plea agreement  **(Received).**     [x] Defendant Sworn     [ ] Counsel Waived.
- [ ] Plea agreement previously filed.
- [ ] Arraigned and plead _____ to count(s) _____ .
- [x] Plea of not guilty withdrawn and plea of _____ **Guilty** _____ entered as to count(s) _____ **One (1)** _____ of the indictment.
- [x] Factual basis **Established.**  **Oral.**  **Plea Accepted** Witness for factual basis __**S/A McGill**_____ .
- [x] Adjudication of guilt  __Made.__
- [x] Referred to probation office for pre-sentence investigation **Yes.**
- [x] Sentencing Scheduled for _____**01/03/2020**_____ at _____**Following Rule 11**_____ .
- [ ] Bond Continued  ____     Bond modified to _____ .
  Bond set at _____  _____
- [x] Bond not made defendant in jail.
- [x] Defendant remanded to custody of United States Marshal.

Honorable  **Lisa Godbey Wood, U. S. District Court Judge**     Date  **01/03/2020**

Court Reporter  **Debra Gilbert**

Courtroom Deputy Clerk  **Whitney Sharp**

Probation Officer  **Kayla Walker**

U.S. Marshal  **Jay**