# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

## CLERK'S MINUTES - GENERAL

| | |
|---|---|
| CASE NO. **CR219-53** | DATE **01/03/2020** |
| TITLE **USA v. Reginaldo Da Silva** | |
| TIMES **11:26 - 11:33** | TOTAL **7 Minutes** |

| | |
|---|---|
| Honorable : **Lisa Godbey Wood, U. S. District Court Judge** | Courtroom Deputy : **Whitney Sharp** |
| Court Reporter : **Debra Gilbert** | Interpreter : **Peter Floyd** |

| Attorney for Government | Attorney for Defendant(s) | Defendant(s) |
|---|---|---|
| Joseph McCool | Adrienne Browning | |

PROCEEDINGS : **Sentencing**   ☑ In Court   ☐ In Chambers

Objections - None
The Court adopts the findings of fact and conclusions of applicable advisory guidelines and
Therefore finds total Offense Level 6 / Criminal History I / Guideline 0-6 Months /
1 year supervised release / $1,000 - $9,500 fine / $100 special assessment /
no minimum - 2 years maximum
Defense 11:28 - 11:30 / Government 11:30 - 11:31 / Defendant 11:31 - 11:32
Court - BOP time served / no fine / $100 special assessment / no supervised release /
upon release, to be delivered to customs enforcement for deportation proceedings / appeal
waiver.